**Sohaye Lee, OSB# 984387**
**The Law Office of Sohaye Lee**
**1000 SW Broadway, Suite 1711**
**Portland, OR 97205**
**T: 503.222.9830**
**E: slee@pdxlaw.com**

**Attorney for Joseph John Di Peri**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JOSEPH JOHN DI PERI,**

**Defendant.**

**Case No. 3:25-cr-00025-SI**

**DEFENDANT'S SENTENCING MEMORANDUM**

On August 6, 2026, Joseph John Di Peri, will come before the Court for sentencing after pleading guilty to Count One of the Indictment, which charges firearms trafficking in violation of 18 U.S.C. §933(a)(1). The defense agrees with the guideline calculation in the presentence report and asks that Court find the parties' joint recommendation for a sentence of time served followed by two years of supervised release is sufficient but not greater than necessary and consistent with the sentencing factors outlined in 18 U.S.C. § 3553(a).

RESPECTFULLY submitted this 29th day of July, 2026.

/s/ Sohaye Lee
Sohaye Lee
Attorney for Defendant